IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO. 4:08-CV-00054-D
EASTERN DIVISION

| | |
|---|---|
| ERNESTINE F. COPELAND )<br>Plaintiff, )<br>)<br>v. )<br>) ORDER<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>Defendant. )<br>) | |

On motion of claimant's counsel, and for good cause shown, IT IS ORDERED, pursuant to 42 U.S.C. § 406(b)(1), that claimant's counsel be awarded attorney fees in the amount of $7858.00.

SO ORDERED. This **29** day of June 2012.

JAMES C. DEVER III
Chief United States District Judge